No. 94–8070. CRAMER *v.* SPADA ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 94–8074. NASH *v.* NIXON, ATTORNEY GENERAL OF MISSOURI, ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–8080. HEARN *v.* WELLINGTON LEASING CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–8081. GATOV *v.* RIVER BANK AMERICA ET AL. Ct. App. N. Y. Certiorari denied.

No. 94–8140. AMARAL *v.* RHODE ISLAND HOSPITAL TRUST ET AL. C. A. 1st Cir. Certiorari denied.

No. 94–8141. SLATER *v.* NEWMAN ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–8187. BOWMAN *v.* MARYLAND MASS TRANSIT ADMINISTRATION. C. A. 4th Cir. Certiorari denied.

No. 94–8190. GIVENS *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 94–8223. JOHNSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–8240. BERGODERE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 94–8266. RAWLINGS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–8267. PEET *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–8268. LAMPKINS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–8280. DUPLESSIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.